HUBERT D. GALLAGHER, GUARDIAN, PLAINTIFF-PETI-
TIONER, v. NEW ENGLAND MUTUAL LIFE INSURANCE
COMPANY OF BOSTON, DEFENDANT-RESPONDENT.

See same case below: 33 *N. J. Super.* 128.

*Messrs. Milberg & Milberg* for the petitioner.

*Messrs. McCarter, English & Studer* for the respondent.

February 14, 1955.   Granted.

EDWARD Y. LAYNG, PETITIONER-PETITIONER, v. STORCH
TRUCKING CO., INC., RESPONDENT-RESPONDENT.

*Mr. Robert C. Gruhin* and *Mr. Aaron Gordon* for the
petitioner.

*Mr. James J. Bannon, Jr.,* and *Mr. Francis X. Kenneally*
for the respondent.

February 14, 1955.   Denied.